IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12-CR-418 |
| vs. | ORDER |
| TYRONE FLOWERS, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 263) is granted.

2. The petition for offender under supervision (filing 220) is dismissed without prejudice.

3. The June 15, 2023 hearing is cancelled.

4. The government's oral motion for detention (filing 232) is denied as moot.

Dated this 13th day of June, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge